

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2013

No. 04-13-00328-CV

**IN RE** David A. **EDWARDS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Patricia O. Alvarez, Justice

On June 27, 2013, relator filed a supplemental petition for writ of mandamus. The court has considered relator's supplemental petition and is of the opinion that relator is not entitled to the relief sought. *See* TEX. R. APP. P. 52.7(a) ("Relator must file with the petition [ ] a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); *see also* TEX. R. APP. P. 52.3(k)(1)(A); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Accordingly, relator's supplemental petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 2, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-02-0185-CVA, styled *David Allan Edwards v. County of Atascosa, et al.*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Stella Saxon presiding.